UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DARREN W. REYNOLDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 7:18-CV-00206 |
| v. | ) |
| | ) |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner | ) |
| of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

AND NOW, this 25th day of January, 2019, upon consideration of the Defendant's Motion for Remand, and any response thereto, it is hereby ORDERED that the Motion is granted, and this case is remanded to Defendant for further administrative proceedings. Upon remand, the Appeals Council will further evaluate Plaintiff's claim and/or direct an Administrative Law Judge to evaluate further Plaintiff's claim.

This remand is ordered pursuant to the fourth sentence of 42 U.S.C. § 405(g).

BY THE COURT: 1/25/2019

/s/ Elizabeth K. Dillon
_____
J.